1
2
3
4                                                              JS-6
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JAY McCLURE, an individual,                 | Case No. CV 19-7699-MWF(JPRx)

12              Plaintiff,                         | The Honorable Michael W. Fitzgerald, United States District Judge

13        v.                                      | **JUDGMENT AFTER TRIAL**

14   NATIONAL PASSENGER RAILROAD CORPORATION,

15              Defendant.

16

17

18        This action came on regularly for jury trial between November 7, 2023, and

19   November 16, 2023, in Courtroom 5A of this United States District Court.  Plaintiff

20   Jay McClure was represented by Matthew E. Roston, Esq., of Roston Law Group and

21   Harrison J. Kaplan, Esq., of Kaplan Law Corporation.  Defendant National Railroad

22   Passenger Corporation d/b/a Amtrak was represented by Brandie N. Charles, Esq., and

23   Shahram Samie, Esq., of Littler Mendelson, a Professional Corporation.

24        A jury of eight persons was regularly empaneled and sworn.  Witnesses were

25   sworn and testified, and exhibits were admitted into evidence.  After hearing the

26   evidence and arguments of counsel, the jury was duly instructed by the Court and the

27   cause was submitted to the jury.  The jury deliberated and thereafter returned a verdict

28   as follows:

1    1.  Did Defendant Amtrak know that Plaintiff Jay McClure had a disability at the

2         time of termination?

3              **Yes** _ X _              **No** _____

4    *If your answer to Question No. 1 is "Yes," please answer Question No. 2.*

5    *If your answer to Question No. 1 is "No," please sign and return this form.*

6

7    *2.* Would Plaintiff Jay McClure have been able to perform his position's essential

8         job duties with or without a reasonable accommodation?

9              **Yes** _ X _              **No** _____

10   *If your answer to Question No. 2 is "Yes," please answer Question No. 3.*

11   *If your answer to Question No. 2 is "No," please sign and return this form.*

12

13   3. Was Plaintiff Jay McClure's mental disability at the time of the 2015 Violation a

14        substantial motivating reason for Defendant Amtrak's decision to terminate Mr.

15        McClure's employment on May 12, 2016?

16             **Yes** _ X _              **No** _____

17   *If your answer to Question No. 3 is "Yes," please answer Question No. 4.*

18   *If your answer to Question No. 3 is "No," please sign and return this form.*

19

20   4. Did Defendant Amtrak prove the defense of a health or safety risk (Jury

21        Instruction No. 20)?

22             **Yes** _____              **No** _ X _

23   *If your answer to Question No. 4 is "Yes," please sign and return this form.*

24   *If your answer to Question No. 4 is "No," please answer Question No. 5.*

25   *///*

26   *///*

27   *///*

28   *///*

5. Did Defendant Amtrak prove that Plaintiff Jay McClure failed to use reasonable efforts to mitigate his damages (Jury Instruction No. 24)?

**Yes**_____          **No** __X__

*Regardless of your answer, please answer Question No. 6.*

6. What amount of money will fairly and adequately compensate Plaintiff Jay McClure for the termination of his employment?

    a. Past Lost Income and Benefits (deducted for failure to mitigate, if any):    $ 600,000.00

    b. Future Lost Income and Benefits:    $ 0.00

    c. Past Mental Suffering and Emotional Distress:    $ 0.00

    d. Future Mental Suffering and Emotional Distress:    $ 100,000.00

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. *On Plaintiff Jay McClure's remaining claim for relief for violations of the California Fair Employment and Housing Act (California Government Code section 12900, et seq.)*: Judgment is entered in favor of Plaintiff Jay McClure and against Defendant Amtrak in the amount of $700,000.00.

2. Plaintiff Jay McClure is awarded his fees and costs as provided by law.

**IT IS SO ORDERED.**

Dated:  November 28, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge